IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SERENA RICHTER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 15-775 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| JOHN P. WEAVER and JACK R. HENEKS, JR., | ) ) | |
| | ) | |
| Defendants. | ) | |

## VERDICT SLIP

**PLEASE FOLLOW ALL DIRECTIONS ON THIS FORM:**

*Begin with Question # 1:*

    1a. Do you find by a preponderance of evidence that Defendant Weaver violated Plaintiff's Fourth Amendment rights by arresting her or causing her arrest without probable cause?

(Check the appropriate box)

_____ Yes      ✓ No

    1b. Do you find by a preponderance of evidence that Defendant Heneks violated Plaintiff's Fourth Amendment rights by arresting her or causing her arrest without probable cause?

(Check the appropriate box)

_____ Yes      ✓ No

*If you answered "Yes" to either part of Question #1, proceed to Questions #2 and #3.*

*If you answered "No" to all of Question #1, your deliberations are complete. Sign this verdict form and notify the clerk that your deliberations are complete. If you answered "No" to all of Question #1, you should not complete Questions #2 or #3.*

*Question #2:*

    2a. If you answered "Yes" to Question 1a, do you find by a preponderance of evidence that Plaintiff should be awarded damages to compensate her for any harm caused by Defendant Weaver's conduct? If your answer is No, Ms. Richter is awarded nominal damages in the amount of $1.00.

(Check the appropriate box)

Yes _____ No _____

If your answer is Yes, in what amount? $_____.

    2b. If you answered "Yes" to Question 1b, do you find by a preponderance of evidence that Plaintiff should be awarded damages to compensate her for any harm caused by Defendant Heneks's conduct? If your answer is No, Ms. Richter is awarded nominal damages in the amount of $1.00.

(Check the appropriate box)

Yes _____ No _____

If your answer is Yes, in what amount? $_____.

*Question #3:*

    3a. If you answered "Yes" to Question 1a, do you find by a preponderance of the evidence that Plaintiff should be awarded punitive damages against Defendant Weaver because Defendant Weaver acted maliciously or wantonly in violating Ms. Richter's Fourth Amendment rights?

(Check the appropriate box)

Yes _____ No _____

2

If your answer is Yes, what amount of punitive damages do you award against Defendant Weaver? $_____.

3b. If you answered "Yes" to Question 1b, do you find by a preponderance of the evidence that Plaintiff should be awarded punitive damages against Defendant Heneks because Defendant Heneks acted maliciously or wantonly in violating Ms. Richter's Fourth Amendment rights?

(Check the appropriate box)

Yes \_\_\_\_\_ No \_\_\_\_\_

If your answer is Yes, what amount of punitive damages do you award against Defendant Heneks? $_____.

*Your deliberations are now complete. Sign this verdict form and notify the clerk that your deliberations are complete.*

Dated: JANUARY 11, 2019

*[signature]*
Foreperson

Remaining Jurors

*Martha Trombold*
*[signature]*
*Michael P. Connelly*

*Amy S. Guzzo*
*[signature]*
*[signature]*

3